# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Francis A Boye-Codjoe<br>Constance F Boye-Codjoe | Case No.: 16-31369-SLM<br>Hearing Date: 05/24/2017<br>Chapter: 13<br>Judge: Hon. Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Stacey L. Meisel__, United States Bankruptcy Judge.

**Reason for Hearing:** Trustee's Objection to Debtor's Motion to Approve Loan Modification

**Location of Hearing:** Courtroom No. 3A
MLK Jr. Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Date and Time:** May 24, 2017 at 10:30 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: April 26, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __April 26__, 20__17__ this notice was served on the following: Debtor, Debtor's Attorney, Creditor, Creditor's Attorney, United States Trustee, Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

*rev.1/4/17*