UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

Order Filed on May 25, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

FRANCIS A. BOYE-CODJOE
CONSTANCE F. BOYE-CODJOE,
DEBTOR(S)

Case No.: 16-31369 SLM

Adv. No.:

Hearing Date: N/A

Judge: STACEY L. MEISEL

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is
hereby ORDERED:

DATED: May 25, 2017

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Francis A. Boye-Codjoe

　　　Constance F. Boye-Codjoe, Debtor(s)

Case no.: 16-31369 SLM

Caption of order: Order Authorizing Loan Modification and for
Other Relief

_____

　　　1. That the Debtors be and is hereby authorized to enter
into and consummate a loan modification with Wells Fargo Home
Mortgage, pursuant to the terms and conditions of the proposed
loan modification agreement, entitled Home Affordable
Modification Agreement (Mortgage), filed as an Exhibit in
support of this motion, relating to real property located at 412
Rutherford Avenue, Franklin, New Jersey and the loan
modification be and is hereby approved.

　　　2. That the Debtors and/or Wells Fargo Home Mortgage, be
and are authorized to enter and consummate any transaction
necessary and incident to the loan modification relating to this
property, the sole exception being the transfer of the property
or an interest in the property by the Debtor(s) to someone else.

　　　　a. Limited automatic stay relief is granted, to allow
Wells Fargo Home Mortgage, to negotiate any such agreement with
the Debtors or counsel, enter into and sign a loan modification
agreement, and record any documents with the appropriate county
recorders office without such action being considered a
violation of the automatic stay.

　　　3. That the Debtors and/or Wells Fargo Home Mortgage, are
authorized to negotiate and prepare the terms or documents

Page 3

Debtor: Francis A. Boye-Codjoe

        Constance F. Boye-Codjoe, Debtor(s)

Case no.: 16-31369 SLM

Caption of order: Order Authorizing Loan Modification and for

Other Relief

_____

relating to a loan modification, or any necessary transaction

incident to a loan modification agreement, such as, but not

limited to the circumstances described above, with respect to

this property and any such negotiation and/or preparation of

documents and/or recording of documents, by the parties shall

not considered to be a violation of the automatic stay and are

specifically authorized by the Court.

    4. That any communication by the parties relating to the

loan modification shall be considered to be negotiations,

pursuant to the Rules of Evidence, and shall not be used by

either party against the other in the context of any subsequent

litigation in this Court or any state court, federal court or

non-judicial forum.

    5. That nothing in this order shall be construed as a

modification of the plan.

    6. That the mortgage company and/or mortgage servicer may

not persuade the Debtor(s) to dismiss this case in order to

consummate a loan modification.

    7. That because the mortgage is being modified and the pre-

petition arrears are being addressed in the new mortgage, the

pre-petition arrearage claim, filed as claim number twelve (12)

Page 4

Debtor: Francis A. Boye-Codjoe

         Constance F. Boye-Codjoe, Debtor(s)

Case no.: 16-31369 SLM

Caption of order: Order Authorizing Loan Modification and for

Other Relief

_____

on the claims register, by Wells Fargo Home Mortgage, or its

predecessors, assignees or successor in interest, shall not be

paid and the Trustee shall not make any payments/disbursements

on any pre-petition arrearage claim. If the modification is not

consummated  for any reason, Wells Fargo Home Mortgage, may re-

list the matter for further hearing, otherwise, this order shall

be deemed final.