UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on May 25, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

FRANCIS A. BOYE-CODJOE
CONSTANCE F. BOYE-CODJOE,
DEBTOR(S)

Case No.: 16-31369 SLM

Adv. No.:

Hearing Date: N/A

Judge: STACEY L. MEISEL

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is
hereby ORDERED:

**DATED: May 25, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Francis A. Boye-Codjoe

        Constance F. Boye-Codjoe, Debtor(s)

Case no.: 16-31369 SLM

Caption of order: Order Authorizing Loan Modification and for
Other Relief

_____

    1. That the Debtors be and is hereby authorized to enter
into and consummate a loan modification with Wells Fargo Home
Mortgage, pursuant to the terms and conditions of the proposed
loan modification agreement, entitled Home Affordable
Modification Agreement (Mortgage), filed as an Exhibit in
support of this motion, relating to real property located at 412
Rutherford Avenue, Franklin, New Jersey and the loan
modification be and is hereby approved.

    2. That the Debtors and/or Wells Fargo Home Mortgage, be
and are authorized to enter and consummate any transaction
necessary and incident to the loan modification relating to this
property, the sole exception being the transfer of the property
or an interest in the property by the Debtor(s) to someone else.

        a. Limited automatic stay relief is granted, to allow
Wells Fargo Home Mortgage, to negotiate any such agreement with
the Debtors or counsel, enter into and sign a loan modification
agreement, and record any documents with the appropriate county
recorders office without such action being considered a
violation of the automatic stay.

    3. That the Debtors and/or Wells Fargo Home Mortgage, are
authorized to negotiate and prepare the terms or documents

Page 3

Debtor: Francis A. Boye-Codjoe

　　　　Constance F. Boye-Codjoe, Debtor(s)

Case no.: 16-31369 SLM

Caption of order: Order Authorizing Loan Modification and for
Other Relief

_____

relating to a loan modification, or any necessary transaction
incident to a loan modification agreement, such as, but not
limited to the circumstances described above, with respect to
this property and any such negotiation and/or preparation of
documents and/or recording of documents, by the parties shall
not considered to be a violation of the automatic stay and are
specifically authorized by the Court.

　　　4. That any communication by the parties relating to the
loan modification shall be considered to be negotiations,
pursuant to the Rules of Evidence, and shall not be used by
either party against the other in the context of any subsequent
litigation in this Court or any state court, federal court or
non-judicial forum.

　　　5. That nothing in this order shall be construed as a
modification of the plan.

　　　6. That the mortgage company and/or mortgage servicer may
not persuade the Debtor(s) to dismiss this case in order to
consummate a loan modification.

　　　7. That because the mortgage is being modified and the pre-
petition arrears are being addressed in the new mortgage, the
pre-petition arrearage claim, filed as claim number twelve (12)

Page 4

Debtor: Francis A. Boye-Codjoe

   Constance F. Boye-Codjoe, Debtor(s)

Case no.: 16-31369 SLM

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

on the claims register, by Wells Fargo Home Mortgage, or its predecessors, assignees or successor in interest, shall not be paid and the Trustee shall not make any payments/disbursements on any pre-petition arrearage claim. If the modification is not consummated  for any reason, Wells Fargo Home Mortgage, may re-list the matter for further hearing, otherwise, this order shall be deemed final.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31369-SLM
Francis A Boye-Codjoe                                                      Chapter 13
Constance F Boye-Codjoe
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 26, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb          +Francis A Boye-Codjoe,    Constance F Boye-Codjoe,    412 Rutherford Avenue,
                 Franklin, NJ 07416-1534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
          Denise E. Carlon      on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond      on behalf of Joint Debtor Constance F Boye-Codjoe bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Herbert B. Raymond      on behalf of Debtor Francis A Boye-Codjoe bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                    TOTAL: 6