Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31369−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francis A Boye−Codjoe
aka Francis A Boye−Codjoe Sr.
412 Rutherford Avenue
Franklin, NJ 07416

Constance F Boye−Codjoe
412 Rutherford Avenue
Franklin, NJ 07416

Social Security No.:
xxx−xx−5988          xxx−xx−4859

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 9/6/17
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1,450.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 1, 2017
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 16-31369-SLM
Francis A Boye-Codjoe                                          Chapter 13
Constance F Boye-Codjoe
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 5             Date Rcvd: Aug 01, 2017
                              Form ID: 137                 Total Noticed: 177


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db/jdb         +Francis A Boye-Codjoe,    Constance F Boye-Codjoe,    412 Rutherford Avenue,
                 Franklin, NJ 07416-1534
516488609      +AHS Hospital Corp.,    PO Box 35510,   Newark, NJ 07193-5510
516488623      +ARS,   1699 Wall Street, Ste. 300,    Mount Prospect, IL 60056-5778
516488624      +ARS,    555 St. Charles Drive, Suite 100,    Thousand Oaks, CA 91360-3983
516488608      +Acute Care Specialist,    144 Lower Main Street,    Matawan, NJ 07747-1040
516488611      +Alliance One,   PO Box 1508,    Maumee, OH 43537-8508
516488615       American Express,    PO Box 1270,   Newark, NJ 07101-1270
516488617      +American Express,    2965 W. Corporate Lakes Blvd.,    Fort Lauderdale, FL 33331-3626
516488614      +American Express,    P0 Box 297871,    Fort Lauderdale, FL 33329-7871
516488616       American Express,    PO Box 7871,   Fort Lauderdale, FL 33329
516647899       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516488627     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     P0 Box 982238,    El Paso, TX 79998)
516488629       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,   Getzville, NY 14068-9000
516488632      +Bank of America,    PO Box 9000,   Getzville, NY 14068-9000
516488630       Bank of America,    PO Box 650260,   Dallas, TX 75265
516488631      +Bank of America,    PO Box 17645,   Baltimore, MD 21297-1645
516488628      +Bank of America,    PO Box 2240,   Brea, CA 92822-2240
516650283      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516488639     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PO Box 85015,   Richmond, VA 23285-5015)
516488669     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysle Financial,     PO Box 9001921,    Louisville, KY 40290)
516488684     ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citicorp Credit Services, Inc.,     7920 NW 110th Street,
                 Kansas City, MO 64153)
516488640      +Capital One,   PO Box 26030,    Richmond, VA 23260-6030
516488641      +Capital One,   PO Box 85064,    Glen Allen, VA 23285-5064
516488638      +Capital One,   PO Box 85617,    Richmond, VA 23285-5617
516488643      +Capital One,   PO Box 85184,    Richmond, VA 23285-5184
516488642      +Capital One,   1957 Westmoreland Rd.,    Richmond, VA 23276-0001
516488645      +Capital One Bank,    PO Box 70884,   Charlotte, NC 28272-0884
516488644      +Capital One Bank,    P0 Box 30281,   Salt Lake City, UT 84130-0281
516534154       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516553217       Capital One, N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
516488647      +Cardmember Services,    PO Box 15153,   Wilmington, DE 19886-5153
516488649      +Cardmember Services,    P0 Box 15299,   Wilmington, DE 19850-5299
516488648       Cardmember Services,    P0 Box 8650,   Wilmington, DE 19899
516488652      +Cbna,   P0 Box 6282,   Sioux Falls, SD 57117-6282
516488653      +Chase Bank,   P0 Box 15153,    Wilmington, DE 19886-5153
516488654      +Chase Bank,   PO Bx 183164,    Columbus, OH 43218-3164
516488655      +Chase Bankcard Center,    P0 Box 29022,   Phoenix, AZ 85038-9022
516488656      +Chase Bankcard Services,    PO Box 659409,   San Antonio, TX 78265-9409
516488657       Chase Bankcard Services, Inc.,    PO Box 30755,    Tampa, FL 33630-3755
516488658      +Chase Card,   P0 Box 15298,    Wilmington, DE 19850-5298
516488660      +Chase Home Finance,    PO Box 81507,   Atlanta, GA 30366-1507
516488661      +Chase Home Finance,    P0 Box 961227,   Fort Worth, TX 76161-0227
516488662       Chase Home Finance, L.L.C.,    341 S. Vision Drive,    Columbus, OH 43219
516488663      +Chase Home Finance, LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
516488666      +Chase Manhattan Mortgage,    3415 Vision Drive,    Attn: Bankruptcy Department,
                 Columbus, OH 43219-6009
516488664      +Chase Manhattan Mortgage,    PO Box 509011,    San Diego, CA 92150-9011
516488667       Chase Manhattan Mortgage Corporation,    PO Box 96036,   Charlotte, NC 28296-0036
516488668      +Chase Mortgage,   P0 Box 24696,    Columbus, OH 43224-0696
516706929       Chilton Memorial Hospital,    c/o CCCB,    PO BOX 1750,   Whitehouse Station, NJ 08889-1750
516488670      +Chrysler Capital,    P0 Box 961275,   Fort Worth, TX 76161-0275
516488671      +Chrysler Capital,    Attn: Bankruptcy Department,    PO Box 961278,   Fort Worth, TX 76161-0278
516488678      +CitiCards,   PO Box 6345,    The Lakes, NV 88901-6345
516488676      +Citibank,   P0 Box 6241,    Sioux Falls, SD 57117-6241
516488677      +Citicards,   PO Box 6500,    Sioux Falls, SD 57117-6500
516488680      +Citicards,   PO Box 183060,    Columbus, OH 43218-3060
516488681      +Citicards,   PO Box 183068,    Columbus, OH 43218-3068
516488679      +Citicards,   4600 Houston Road,    Florence, KY 41042-4820
516488682      +Citicorp Credit Services,    4600 Houston Rd.,    Florence, KY 41042-4820
516488685      +Clearview Energy,    1201 Elm Street,   Suite 3200,    Dallas, TX 75270-2124
516488686      +Clinical Laboratory Management , Inc.,    2124 Morris Avenue,    Union, NJ 07083-6042
516488688      +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,   Columbus, OH 43218-2686
516488687      +Comenity Bank,    P0 Box 182272,   Columbus, OH 43218-2272
516488692     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: DFS,    PO Box 4125,   Carol Stream, IL 60197-4125)
516488693      +DFS,   PO Box 71084,    Charlotte, NC 28272-1084
516488701      +EIS Collections,    2323 Lake Club Drive,    Suite 300,   Columbus, OH 43232-3205
```

```
District/off: 0312-2                  User: admin                    Page 2 of 5                    Date Rcvd: Aug 01, 2017
                                      Form ID: 137                   Total Noticed: 177


516488702     +ENMCPA,    690 No Broadway,    Suite GL1,    White Plains, NY 10603-2415
516488700     +Edfinancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
516488703     +Eye Physicians of Sussex County,    183 High Street,    Newton, NJ 07860-9601
516488704     +Fenton McGarvey LLP,    2401 Stanley Goult Parkway,    Louisville, KY 40223-4175
516488705     +Hayt, Hayt and Landau,    2 Industrial Way West,    P0 Box 500,    Eatontown, NJ 07724-0500
516488706     +Hayt, Hayt and Landau ESQ,    2 Industrial Way West,    P0 Box 500,    Eatontown, NJ 07724-0500
516488707     +Hayt, Hayt and Landau ESQ PC,    2 Industrial Way West,    P0 Box 500,    Eatontown, NJ 07724-0500
516488708     +Hessa,    PO Box 548,    Trenton, NJ 08625-0548
516488709     +Hessa,    PO Box 528,    Newark, NJ 07101-0528
516488710     +Hessa - Higher Education of NJ,    PO Box 548,    Trenton, NJ 08625-0548
516488711      Higher Education,    Student Assistance Authority,    PO Box 528,    Newark, NJ 07101-0528
516488714     +Horizon BC / BS of NJ,    PO Box 820,    Newark, NJ 07101-0820
516488712     +Horizon BC / BS of NJ,    PO Box 10193,    Newark, NJ 07101-3117
516488713     +Horizon BC / BS of NJ,    PO Box 420,    Newark, NJ 07101-0420
516488721    #+Lazarus Financial Group,    2301 N Central Exspressway,    Plano, TX 75075-2586
516488723     +Lazarus Financial Group,    14651 N Dallas Parkway,    Dallas, TX 75254-7476
516488724     +Lazarus Financial Group,    14651 N Dallas Parway,    Dallas, TX 75254-7476
516651678     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516488726     +Morristown Memorial Hospital,    100 Madison Avenue,    Morristown, NJ 07960-6095
516540890     +NJCLASS,    PO BOX 548,    Trenton, NJ 08625-0548
516488732     +Neurological Arts Associates, LLC,    183 High Street,    Suite 1200,    Newton, NJ 07860-9601
516488733     +New Jersey HIgher Education,    PO Box 548,    Trenton, NJ 08625-0548
516488734     +New Jersey HIgher Education,    4 Quakerbridge Plaza,    PO Box 546,    Trenton, NJ 08625-0546
516488735     +Newton EMA,    PO Box 417442,    Boston, MA 02241-7442
516643159     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516488738     +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516488737     +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
516488741      PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
516488744     +PNC Bank,    PO Box 15137,    Wilmington, DE 19886-5137
516488739     +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
516488740      PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
516488747     +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
516707753     +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
516488736     +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516488746     +Pnc Mortgage,    P0 Box 8703,    Dayton, OH 45401-8703
516488749     +Powers Kirn,    728 Marne Highway,    Suite 200,    PO Box 848,    Moorestown, NJ 08057-0848
516488750     +Powers Kirn    LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516488752     +Powers Kirn Attorneys,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516488748     +Powers and Kirn LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516488753     +Preferred Customer Accounts,    P0 Box 94498,    Las Vegas, NV 89193-4498
516488754     +Saint Clare’s Health System,    PO Box 35577,    Newark, NJ 07193-5577
516488756     +Saint Clares Hospital,    PO Box 35577,    Newark, NJ 07193-5577
516488755     +Saint Clares Hospital,    25 Pocono Road,    Denville, NJ 07834-2954
516488758     +Sallie Mae Bankruptcy,    220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
516488760     +Sears Credit Card,    PO Box 183082,    Columbus, OH 43218-3082
516488762     +Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-6922
516488763     +Sears/cbna,    P0 Box 6282,    Sioux Falls, SD 57117-6282
516488764     +Skylands Medical Group, PA,    33 Newton-Sparta Road,    Suite 5,    Newton, NJ 07860-2764
516706943      St Clare’s Hospital,    c/o CCCB,    PO BOX 1750,    Whitehouse Station, NJ  08889-1750
516488765     +State Of NJ Student Assistance,    P0 Box 543,    Trenton, NJ 08625-0543
516488766     +Sussex County SCP,    PO Box 197,    Branchville, NJ 07826-0197
516488767      Sussex County Superior Court,    Judicial Center,    43-47 High Street,    REf # DC-00178-15,
                Newton, NJ 07860
516488772     +Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
516488778    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court:  US Department of Education AFSA,    PO Box 7202,    Utica, NY 13504)
516488773     +US Department of Education,    Atlanta Service Center,    Atlanta Federal Center Tower,
                61 Forsyth Street SW , Room 19T89,    Atlanta, GA 30303-8928
516488777     +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
516488774     +US Department of Education,    National Payment Center,    PO Box 4169,
                Greenville, TX 75403-4169
516488775     +US Department of Education,    National Payment Center,    PO Box 4142,
                Greenville, TX 75403-4142
516488779     +USAA Federal,    10750 McDermit Freeway,    San Anotnio, TX 78230-1649
516488780     +USAA Federal Savings Bank,    10750 McDermit Freeway,    San Anotnio, TX 78230-1649
516488781     +USAA Federal Savings Bank,    10750 McDermit Freeway,    San Antonio, TX 78230-1649
516488776     +Us Department of Education,    PO Box 41309,    Nashville, TN 37204-1309
516488782     +Usaa Savings Bank,    10750 Mc Dermott,    San Antonio, TX 78288-1600
516488783     +Valley National Bank,    1445 Valley Rd.,    Wayne, NJ 07470-8438
516488784      Valley National Bank,    PO Box 953,    Wayne, NJ 07474-0953
516488785      Valley National Bank,    PO Box 950,    Wayne, NJ 07474-0950
516488788    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                Frederick, MD 21701)
516660692      Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                1000 Blue Gentian Road,    Eagan, MN 55121-7700
516488787     +Wells Fargo Home Loans,    PO Box 6000,    Fort Mill, SC 29716-1930
516488786     +Wells Fargo Home Loans,    1 Home Campus,    X20501-01H,    Des Moines, IA 50328-0001
```

```
District/off: 0312-2                  User: admin                    Page 3 of 5                    Date Rcvd: Aug 01, 2017
                                      Form ID: 137                   Total Noticed: 177


516488792     +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
516488791     +Wells Fargo Home Mortgage,    PO Box 10355,    Des Moines, IA 50306-0355
516488790     +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
516488789      Wells Fargo Home Mortgage,    4080 Hallmark Parkway,     San Bernardino, CA 92407
516488794     +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001
516488795     +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471
516488796     +Wells Fargo Home Mortgage, Inc.,    PO Box 17504,    Baltimore, MD 21297-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2017 00:03:57      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2017 00:03:55      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516488626     +E-mail/Text: legal@arsnational.com Aug 02 2017 00:03:41      ARS,    PO Box 469100,
               Escondido, CA 92046-9100
516488625     +E-mail/Text: legal@arsnational.com Aug 02 2017 00:03:41      ARS,    PO Box 463023,
               Escondido, CA 92046-3023
516488613     +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 02 2017 00:02:59       Alliance One,
               PO Box 3100,    Southeastern, PA 19398-3100
516488612     +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 02 2017 00:02:59       Alliance One,
               1684 Woodlands Drive,    Suite 150,   Maumee, OH 43537-4026
516488650      E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:20      Cavalry Portfolio Service,
               PO Box 27288,    Tempe, AZ 85285
516488634     +E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:19      Calvary Investments,
               500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-1340
516488635     +E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:19      Calvary Portfolio Management,
               PO Box 27288,    Tempe, AZ 85285-7288
516488637     +E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:20      Calvary Portfolio Services,
               Attention: Bankruptcy Department,     500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
516488636     +E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:19      Calvary Portfolio Services,
               500 Summit Lake Drive,    PO Box 520,   Valhalla, NY 10595-0520
516488651     +E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:20      Cavalry Portfolio Servive,
               PO Box 27288,    Tempe, AZ 85285-7288
516492012     +E-mail/Text: bankruptcy@cavps.com Aug 02 2017 00:04:20      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516488690     +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Aug 02 2017 00:04:57
               Credit Systems International Inc.,    1277 Country Club Lane,    Fort Worth, TX 76112-2304
516488697      E-mail/Text: mrdiscen@discover.com Aug 02 2017 00:03:01      Discover,    PO Box 15251,
               Wilmington, DE 19886
516488696      E-mail/Text: mrdiscen@discover.com Aug 02 2017 00:03:01      Discover,    PO Box 6013,
               Dover, DE 19903-6013
516488699      E-mail/Text: mrdiscen@discover.com Aug 02 2017 00:03:01      Discover Financial Services Llc,
               PO Box 15316,    Wilmington, DE 19850
516488691     +E-mail/PDF: pa_dc_ed@navient.com Aug 02 2017 00:09:25      Department Of Education/Navient,
               PO Box 9635,    Wilkes Barre, PA 18773-9635
516488695      E-mail/Text: mrdiscen@discover.com Aug 02 2017 00:03:01      Discover,    P.O. Box 6011,
               Dover, DE 19903-6011
516488698     +E-mail/Text: mrdiscen@discover.com Aug 02 2017 00:03:01      Discover Bank,    PO Box 71084,
               Charlotte, NC 28272-1084
516711431     +E-mail/Text: bkdepartment@rtresolutions.com Aug 02 2017 00:04:10      JPMorgan Chase,
               c/o Real Time Resolutions, inc.,    1349 Empire Central Drive,    Suite 150,
               Dallas, TX 75247-4029
516488715     +E-mail/Text: connie.ogo@kfcu.org Aug 02 2017 00:03:38      Keesler Federal Credit Union,
               PO Box 7001,    Keesler Afb, MS 39534-7001
516488717     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2017 00:03:06       Kohl’s,    PO Box 3004,
               Milwaukee, WI 53201-3004
516488718     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2017 00:03:06       Kohl’s,    PO Box 3084,
               Milwaukee, WI 53201-3084
516488716     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2017 00:03:06       Kohl’s,    PO Box 2983,
               Milwaukee, WI 53201-2983
516488719     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2017 00:03:06       Kohls/capone,
               N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516488720      E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2017 00:03:07       Kohls/chase,
               N58 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
516488725     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2017 00:08:58       LVNV Funding,
               Attn: Resurgent Capital,    15 South Main Street,    Greenville, SC 29601-2743
516488727     +E-mail/PDF: pa_dc_claims@navient.com Aug 02 2017 00:09:22      Navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
516488757     +E-mail/PDF: pa_dc_claims@navient.com Aug 02 2017 00:08:58      Sallie Mae,    1002 Arthur Drive,
               Lynn Haven, FL 32444-1683
516488759      E-mail/PDF: pa_dc_claims@navient.com Aug 02 2017 00:09:25      Sallie Mae Servicing,
               PO Box 4600,    Wilkes Barre, PA 18773
516488768     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2017 00:08:47      Synchrony Bank,    PO Box 530927,
               Atlanta, GA 30353-0927
516488770     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2017 00:08:47      Synchrony Bank,    PO Box 960013,
               Orlando, FL 32896-0013
516488769     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2017 00:09:11      Synchrony Bank,    Po Box 965015,
               Orlando, FL 32896-5015
```

```
District/off: 0312-2           User: admin                  Page 4 of 5                   Date Rcvd: Aug 01, 2017
                               Form ID: 137                 Total Noticed: 177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516705428         +E-mail/Text: bncmail@w-legal.com Aug 02 2017 00:04:07      USAA Savings Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
                                                                                             TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516488610*       +AHS Hospital Corp. Inc.,    PO Box 35510,   Newark, NJ 07193-5510
516488618*        American Express,    PO Box 7871,   Fort Lauderdale, FL 33329
516488620*       +Ars,    1801 Nw 66th Avenue,    Fort Lauderdale, FL 33313-4571
516488621*       +Ars,    1801 Nw 66th Avenue,    Fort Lauderdale, FL 33313-4571
516488622*       +Ars,    1801 Nw 66th Avenue,    Fort Lauderdale, FL 33313-4571
516488633*       +Bank of America,    PO Box 2240,   Brea, CA 92822-2240
516488646*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa,    15000 Capital One Drive,
                   Richmond, VA 23238)
516488674*      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
                 (address filed with court: Chrysler Credit Corporation,    5225 Crooks Rd Ste 140,
                   Troy, MI 48098)
516488675*      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
                 (address filed with court: Chrysler Financial,    PO Box 551080,   Jacksonville, FL 32255)
516572502*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516572503*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516488659*       +Chase Card,    P0 Box 15298,   Wilmington, DE 19850-5298
516488665*       +Chase Manhattan Mortgage,    PO Box 509011,    San Diego, CA 92150-9011
516488673*       +Chrysler Capital,    PO Box 961275,   Fort Worth, TX 76161-0275
516488683*       +Citicorp Credit Services,    4600 Houston Rd.,    Florence, KY 41042-4820
516488689*       +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,   Columbus, OH 43218-2686
516488694*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: DFS,    PO Box 6403,   Carol Stream, IL 60197)
516488722*       +Lazarus Financial Group,    2301 N Central Exsspressway,    Plano, TX 75075-2586
516488728*       +Navient,    P0 Box 9635,   Wilkes Barre, PA 18773-9635
516488729*       +Navient,    P0 Box 9635,   Wilkes Barre, PA 18773-9635
516488730*       +Navient,    P0 Box 9635,   Wilkes Barre, PA 18773-9635
516488731*       +Navient,    P0 Box 9635,   Wilkes Barre, PA 18773-9635
516488743*       +PNC Bank,    Consumer Loan Center,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516488745*       +PNC Bank,    Consumer Loan Center,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516488742*       +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
516488751*       +Powers Kirn    LLC,   728 Marne Highway,    Suite 200,   Moorestown, NJ 08057-3128
516488771*       +Synchrony Bank,    PO Box 960013,   Orlando, FL 32896-0013
516488793*       +Wells Fargo Home Mortgage,    PO Box 10355,    Des Moines, IA 50306-0355
516488619       ##+Ars,    1801 Nw 66th Avenue,   Fort Lauderdale, FL 33313-4571
516488672       ##+Chrysler Capital,    PO Box 189,   Minneapolis, MN 55440-0189
516488761       ##+Sears Gold Mastercard,    PO Box 182156,   Columbus, OH 43218-2156
                                                                                         TOTALS: 0, * 28, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 5 of 5            Date Rcvd: Aug 01, 2017
                              Form ID: 137             Total Noticed: 177
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Joint Debtor Constance F Boye-Codjoe bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond    on behalf of Debtor Francis A Boye-Codjoe bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 6
```