UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on September 6, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Case No.: 16-31369 (SLM)

FRANCIS BOYE-CODJOE
CONSTANCE BOYE-CODJOE, DEBTOR(S)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: September 6, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Francis Boye-Codjoe
        Constance Boye-Codjoe,  Debtor(s)

Case no.:  16-31369 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$1,450.00** for services rendered and expenses in the amount **$40.00** for a total of **$1,490.00.**  The allowance shall be payable

    ___XXXX___  through the Chapter 13 plan as an administrative priority.

       **The amount of $990.00 to be paid through the plan.**

    ___XXXX__  outside the plan.

       **The amount of $500.00 to be paid outside the plan.**

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.