Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−31369−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francis A Boye−Codjoe | Constance F Boye−Codjoe |
| aka Francis A Boye−Codjoe Sr. | 412 Rutherford Avenue |
| 412 Rutherford Avenue | Franklin, NJ 07416 |
| Franklin, NJ 07416 | |

Social Security No.:
  xxx−xx−5988                                                           xxx−xx−4859

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 30, 2018</u>                 <u>Stacey L. Meisel</u>
                                              Judge, United States Bankruptcy Court